150 So.2d 587

## Marie D. HOLLIS

v.

## CONFEDERATE MEMORIAL MEDICAL CENTER.

No. 46603.

March 15, 1963.

In re: Confederate Memorial Medical Center at Shreveport applying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 148 So.2d 381.

The application is denied. In view of the finding of the Court of Appeal we find no error of law in the judgment complained of.

HAWTHORNE and McCALEB, JJ., are of the view that the writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.

150 So.2d 588

## Emery LAMBERT

v.

## UNITED STATES FIRE INSURANCE COMPANY.

No. 46602.

March 15, 1963.

In re: Emery Lambert applying for certiorari or writ of review to the Court of

Appeal, First Circuit, Parish of Ascension. 148 So.2d 406.

Writ refused. The result of the Court of Appeal is correct.